UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD THOMPSON,<br>　　　　Plaintiff,<br>　　v.<br>WILLIAM A. MASSARWEH, et al.,<br>　　　　Defendants. | Case No. 17-cv-05321-SI<br><br>**JUDGMENT** |

On November 22, 2017, the Court granted defendants' motion to dismiss with prejudice. The Court hereby ENTERS judgment in favor of defendants and against plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 18, 2017

SUSAN ILLSTON
United States District Judge